IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT SEIGEL, SHEILA SEIGEL,
EVERGREEN INVESTMENTS, LLC,
LESLIE TURNER, MARION TURNER
and DAVID GIBSON,

    Plaintiffs- Appellants,

vs.                                                                                                                                       No. CIV 13-12 KG/KBM

BOARD OF COUNTY COMMISSIONERS
OF SANTA FE COUNTY,

    Defendant,

and

O CENTRO ESPIRITA BENEFICENTE
UNIAO DO VEGETAL (UDV-USA),
O CENTRO ESPIRITA BENEFICENTE
UNIAO DO VEGETAL, NUCLEO SANTA FE (UDV),
and THE AURORA FOUNDATION,

    Defendants/Intervenors.

<u>ORDER</u>

        On January 17, 2013, Defendant Board of County Commissioners of Santa Fe moved to consolidate this lawsuit into *O Centro Espirita Beneficente Uniao do Vegetal (UDV-USA), et al. v. Board of County Commissioners of Santa Fe County*, No. 12-cv-00105 KG/LFG. (Doc. 9). On December 5, 2013, the Court dismissed *O Centro Espirita Beneficente Uniao do Vegetal (UDV-USA), et al.* with prejudice. Consequently, the Court determines that it is appropriate to deny the motion to consolidate as moot.

        IT IS ORDERED that Defendant Board of County Commissioners of Santa Fe's Motion to Consolidate (Doc. 9) is denied as moot.

                                                                                                         _____
                                                                                        UNITED STATES DISTRICT JUDGE