IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT SEIGEL, SHEILA SEIGEL,
EVERGREEN INVESTMENTS, LLC,
LESLIE TURNER, MARION TURNER
and DAVID GIBSON,

      Plaintiffs- Appellants,

vs.                                                        No. CIV 13-12 KG/KBM

BOARD OF COUNTY COMMISSIONERS
OF SANTA FE COUNTY,

      Defendant,

and

O CENTRO ESPIRITA BENEFICENTE
UNIAO DO VEGETAL (UDV-USA),
O CENTRO ESPIRITA BENEFICENTE
UNIAO DO VEGETAL, NUCLEO SANTA FE (UDV),
and THE AURORA FOUNDATION,

      Defendants/Intervenors.

ORDER OF REMAND

      Having granted Plaintiffs' Motion to Remand (Doc. 7) in a Memorandum Opinion and Order enter contemporaneously with this Order,

      IT IS ORDERED that this case is remanded to the First Judicial District Court, County of Santa Fe, State of New Mexico.

                                                                  _____
                                                                   UNITED STATES DISTRICT JUDGE